# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3247
_____

TAYLOR HONNIE STOKES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

February 6, 2018


PER CURIAM.

   AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____


*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Taylor Honnie Stokes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.